118 F.3d 1574
 Richard T. Althaus, Cheryl Renee Althaus, o/b/o Nicole L. Althaus
v.
Municipality of Mt. Lebanon, Pennsylvania, Mt. Lebanon
School Teacher, Mary Eichinger, Mt. Lebanon Police Officer,
Magee-Women's Hospital, Constance Lappa, M.S.W., Children's
Hospital of Pittsburgh, Susan Nathan, Ph.D, County of
Allegheny, Peter Kempton, Allegheny County Detective, David
Fuchs, Allegheny County Detective, Allegheny County Children
and Youth Services, Allegeheny County
 NO. 96-3218
 United States Court of Appeals,
Third Circuit.
 June 12, 1997
 
 Appeal From: W.D.Pa. ,No.92cv02435 ,
 Lancaster, J.
 
 
 1
 Affirmed.